No. 63901.—Manca, Inc. *v*. United States, protest 59/22526 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

No. 63902.—Manca, Inc. *v*. United States, protests 59/23005, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

No. 63903.—Alpha Lux Co., Inc., et al. *v*. United States, protests 58/23248, etc. (Philadelphia).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cases for moisture testers the same in all material respects as those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (43 Cust. Ct. 22, C.D. 2097), the claim of the plaintiffs was sustained.

No. 63904.—Dux Company *v*. United States, protest 320372-K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim at 20 percent under the provision in paragraph 412, as modified by T.D. 51802, for "Furniture, * * * Chairs," was sustained. The items marked "B," stipulated to consist of furniture the same as that in C.A.D. 669. *supra*, were held dutiable at 12½ percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.